## PALMER V, THE STATE.

(Decided Dec .22, 1910.   54 South. 272.)

APPEAL from Order of Hon. W. H. SIMPSON, of Marion Chancery Court.

A. F. FITE and K. V. FITE, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

EVANS J.—Affirmed on authority of *Fayette Parmer v. The State,* 170 Ala. 102, 54 South. 271.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.

---

## PARTRIDGE V. HUMPHRIES.

(Decided Dec. 3, 1910.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

M. B. McCOLLUM, for appellant.   BANKHEAD & BANKHEAD, for appellee.

Per curiam.—Dismissed for want of prosecution.

---

## PERSONS V. DAVIS.

(Decided Jan. 12, 1911.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

R. J. HOOTEN, for appellant.   STELL BLAKE, for appellee.

Per curiam.—Affirmed for want of brief.